United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SABRINA DORSETT, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-0057 |
| | § | |
| CENTENE CORPORATION, | § | |
| *Defendant.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 26, 2022 (Dkt. 17) and the objections thereto (Dkt. 18), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court and Defendant's Motion to Dismiss (ECF 6) is **GRANTED** and Plaintiff's claim is **DISMISSED WITH PREJUDICE.**

**SIGNED** at Houston, Texas this 17th day of November, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE